IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELSON GONZALES VILLA,

    Plaintiff,

v.

UNITED SITE SERVICES OF CALIFORNIA, INC.

    Defendant.

CASE NO. 5:12-cv-00318-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Lance H. Swanner, whose business address and telephone number is Jacoby & Meyers, P. O. Box 5551, Dothan, Alabama 36302; phone (334) 794-8000.

and who is an active member in good standing of the bar of Alabam having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: April 26, 2012

*Lucy H. Koh*
United States District Judge