RECEIVED
APR 27 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELSON GONZALES VILLA,

    Plaintiff,

v.

UNITED SITE SERVICES OF CALIFORNIA, INC.,

    Defendant.

CASE NO. 5:12-cv-00318-HRL LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mitchell G. Allen, whose business address and telephone number is 1929 3rd Avenue North, Suite 600, Birmingham, AL 35203; Phone 1-800-411-4529

and who is an active member in good standing of the bar of Alabama having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 4, 2012

                 Lucy H. Koh
                 United States District Judge