Susan E. Bishop (SBN 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
sbishop@prattattorneys.com

Attorneys for Defendant
UNITED SITE SERVICES
OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.;<br><br>Defendant. | Case No. CV 12-00318 LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR CONDITIONAL CERTIFICATION** |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Nelson Gonzalez Villa ("Plaintiff") and defendant United Site Services of California, Inc. ("Defendant") through their undersigned attorneys, stipulate and respectfully request that this Court approve an extension of time for Defendant to file an opposition to the motion for conditional certification filed on July 10, 2012. As grounds for this extension of time, the parties hereto state as follows:

1.  The hearing on the motion has been scheduled for November 8, 2012. Counsel for Defendant has only started its preliminary analysis of the potential class. Plaintiff graciously

1  granted an extension of time, until August 20, 2012, for defendant to submit its opposition.
2  Plaintiff's reply brief would be filed by August 27, 2012.

3      2.    There have been no other time modifications in this case.

4      3.    The parties believe this time modification will have no impact on the schedule for
5  this case given its early stage and given that the hearing date will remain the same.

6  NOW, THEREFORE, based upon the foregoing, the parties, through their undersigned
7  attorneys, stipulate to extend the time to file and serve an opposition to the motion for conditional
8  class certification to August 20, 2012 and the reply to August 27, 2012.

9  IT IS SO STIPULATED between the parties.

Dated: July 19, 2012                              PRATT & ASSOCIATES

By:____/s/ Susan E. Bishop_____
    Susan E. Bishop
    Attorneys for Defendant UNITED SITE
    SERVICES OF CALIFORNIA, INC.

Dated: July 19, 2012                              LAW OFFICES OF MITCH ALLEN

By:_____/s/ Mitch Allen_____
    Mitch Allen
    Attorneys for Plaintiff
    NELSON GONZALEZ VILLA

**ECF ATTESTATION**

I, Susan E. Bishop, am the ECF User whose ID and password are being used to file the following: STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR CONDITIONAL CERTIFICATION.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mitch Allen has concurred in this filing.

Dated: July 19, 2012                              PRATT & ASSOCIATES

By:____/s/ Susan E. Bishop_____
    Susan E. Bishop
    Attorneys for Defendant UNITED SITE
    SERVICES OF CALIFORNIA, INC.

**Pratt & Associates**
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 23__, 2012      
_____
United States District Court