Robert J. Camp
rcamp@cochranfirm.com
Admitted *Pro Hac Vice*
**THE COCHRAN FIRM – BIRMINGHAM, LLC**
1929 3rd Avenue North, Suite 800
Birmingham, AL 35203
(205) 244-1115 – Phone
(205) 244-1171 - Facsimile

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **NELSON GONZALEZ VILLA, Individually, and on behalf of Putative Class Members,**<br><br>　　　　**Plaintiffs,**<br>　vs.<br><br>**UNITED SITE SERVICES OF CALIFORNIA, INC.,**<br><br>　　　　**Defendant.** | **Case No.: No. 5:12-cv-00318-LHK**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE PLAINTIFFS' RULE 23 MOTION FOR CLASS CERTIFICATION** |

　　　Plaintiff, Nelson Gonzalez Villa, individually, and on behalf of putative class members ("Plaintiffs"), and Defendant, United Site Services of California, Inc. ("Defendant"), through their undersigned attorneys, stipulate and respectfully request that this Court approve an extension of time for Plaintiffs to file their Rule 23 Motion for Class Certification. As grounds for this extension, the parties state as follows:

　　　1.　　On May 23, 2012 the Court entered its Minute Order and Case Management Order setting September 6, 2012 as the deadline for Plaintiffs' Class Certification Motion; October 4, 2012 as the deadline for Defendant's Opposition; and October 18, 2012 as the deadline for Plaintiffs' Reply. The hearing on Class Certification Motion is November 8, 2012.

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND TIME TO FILE PLAINTIFFS' RULE
23 MOTION FOR CLASS CERTIFICATION　　　1

2. The parties will be taking depositions in this matter the weeks of August 20, 2012 and August 27, 2012 and mediation is scheduled for August 29, 2012. Deposition transcripts will not be available for review until September 5, 2012, one day before the current deadline for Plaintiffs to file their Class Certification Motion.

3. Counsel for Plaintiffs and Defendant have agreed to extend the current deadline for Plaintiffs' Class Certification Motion to **September 13, 2012**, and extend the related deadlines a like number of days: October 11, 2012 for Defendant's Opposition and October 25, 2012 for Plaintiffs' Reply.

4. The parties believe the requested extension will have no impact on the schedule for this case given its early stages and would allow the hearing date to remain the same.

**WHEREFORE, PREMISES CONSIDERED,** the parties stipulate to extend the time to file and serve Plaintiffs' Rule 23 Motion for Class Certification to September 13, 2012, Defendant's Opposition to October 11, 2012 and Plaintiffs' Reply to October 25, 2012.

Dated:  August 17, 2012                           Respectfully submitted,

*Attorneys for Plaintiffs:*                       **THE COCHRAN FIRM, LLC**

/s/ Robert J. Camp
**ROBERT J. CAMP**
rcamp@cochranfirm.com
Admitted *Pro Hac Vice*
1929 3rd Avenue North, Suite 800
Birmingham, AL 35203
(205) 244-1115 – Phone
(205) 244-1171 - Facsimile

**MITCHELL G. ALLEN**
mallen@theallenlawfirm.com
Admitted *Pro Hac Vice*
**JACOBY & MEYERS**
1929 3rd Avenue North, Suite 600
Birmingham, AL 35203
(800) 411-4529 – Phone

**FERNANDO CHAVEZ**
fchavez@chavez-deleon.com
California Bar No. 86902
**LAW OFFICES OF FERNANDO CHAVEZ**
1530 The Alameda, Suite 301
San Jose, CA 95126
(408) 971-3113 – Phone
(408) 971-0107 – Facsimile

*Attorneys for Defendant:*   **BERLINER COHEN**

/s/ Susan E. Bishop
**SUSAN E. BISHOP**
Susan.Bishop@berliner.com
10 Almaden Blvd., Eleventh Floor
San Jose, CA  95113
(408) 286-5800 – Phone
(408) 998-5388 – Facsimile

## ECF ATTESTATION

I, Robert J. Camp, am the ECF user whose ID and password are being used to file the foregoing on August 16, 2012.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Susan E. Bishop has concurred in this filing.

/s/ Robert J. Camp
**ROBERT J. CAMP**

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 21, 2012

*/s/ Lucy H. Koh*
**UNITED STATES DISTRICT COURT**

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND TIME TO FILE PLAINTIFFS' RULE
23 MOTION FOR CLASS CERTIFICATION      3