UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> UNITED SITE SERVICES OF CALIFORNIA, INC., <br><br> Defendant. | Case No.: 12-CV-00318-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for August 29, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Friday, August 24, 2012, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00318-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT