1   Susan E. Bishop, CA State Bar No. 187253
    Berliner Cohen
2   Ten Almaden Boulevard
    Eleventh Floor
3   San Jose, California 95113-2233
    Telephone: (408) 286-5800
4   Facsimile: (408) 998-5388
    susan.bishop@berliner.com
5
    Attorneys for Defendant
6   United Site Services of California, Inc.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  | NELSON GONZALEZ VILLA, on behalf of     | CASE NO.  CV 12-00318 LHK
    | himself and all others similarly situated, |
12  |                                          | STIPULATION AND ~~PROPOSED~~ ORDER
    |                Plaintiffs,               | TO EXTEND TIME TO RESPOND TO
13  |                                          | MOTION FOR CONDITIONAL
    |         v.                               | CERTIFICATION
14  |                                          |
    | UNITED SITE SERVICES OF                  |
15  | CALIFORNIA, INC.,                        |
16  |                Defendant.                |

17

18              **STIPULATION AND [~~PROPOSED~~] ORDER**

19          Plaintiff Nelson Gonzalez Villa ("Plaintiff") and defendant United Site Services of

20  California, Inc. ("Defendant") through their undersigned attorneys, stipulate and respectfully

21  request that this Court approve an extension of time for Defendant to file an opposition to the

22  motion for conditional certification filed on July 10, 2012.  As grounds for this extension of time,

23  the parties hereto state as follows:

24          1.      The hearing on the motion has been scheduled for November 8, 2012.  Counsel

25  for Defendant has only started its preliminary analysis of the potential class.    Further, Defense

26  counsel changed firms effective August 8, 2012, causing a slight delay.  Plaintiff graciously

27  granted an extension of time, until August 23, 2012, for defendant to submit its opposition.

28  Plaintiff's reply brief would be filed by September 10, 2012.

1      2.      There have been no other time modifications in this case.

2      3.      The parties believe this time modification will have no impact on the schedule for

3 this case given its early stage and given that the hearing date will remain the same.

4       NOW, THEREFORE, based upon the foregoing, the parties, through their undersigned

5 attorneys, stipulate to extend the time to file and serve an opposition to the motion for

6 conditional class certification to August 23, 2012 and the reply to September 10, 2012.

7       IT IS SO STIPULATED between the parties.

8 Dated:  August 17, 2012                 BERLINER COHEN

9                                      By:_____/s/ Susan E. Bishop_____

10                                       Susan E. Bishop
                                      Attorneys for Defendant UNITED SITE

11                                       SERVICES OF CALIFORNIA, INC.

12

13 Dated:  August 17, 2012                 LAW OFFICES OF MITCH ALLEN

14                                       By:_____/s/ Mitch Allen_____
                                      Mitch Allen

15                                       Attorneys for Plaintiff
                                      NELSON GONZALEZ VILLA

16                              **ECF ATTESTATION**

17       I, Susan E. Bishop, am the ECF User whose ID and password are being used to file the

18 following: STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO

19 MOTION FOR CONDITIONAL CERTIFICATION.  In compliance with Civil L.R. 5-1(i)(3), I

20 hereby attest that Mitch Allen has concurred in this filing.

21 Dated:  August 20, 2012                 BERLINER COHEN

22                                      By:_____/s/ Susan E. Bishop_____

23                                       Susan E. Bishop
                                      Attorneys for Defendant UNITED SITE

24                                       SERVICES OF CALIFORNIA, INC.

25                                         **ORDER**

26       PURSUANT TO STIPULATION, IT IS SO ORDERED.

27 Dated: August 23, 2012                                 _____

28                                        United States District Court