UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br>   v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>             Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER SETTING SCHEDULE FOR PLAINTIFF'S MOTION TO STRIKE |

Plaintiff has indicated that he intends to file a motion to strike the declarations attached as Exhibit E to the Declaration of Roxanne Briscoe in support of Defendant's opposition to Plaintiff's class certification motion.  The Court will hear this motion on the same date as the class certification motion, November 8, 2012, at 1:30 p.m.  The Court sets the following briefing schedule for this motion to strike:

Plaintiff's Motion to Strike: October 22, 2012

Defendant's Opposition: October 29, 2012

Plaintiff's Reply: November 2, 2012

In addition, Defendants are hereby ORDERED to file declarations under penalty of perjury from each of the managers who obtained employee signatures on the declarations attached as Exhibit E to the Declaration of Roxanne Briscoe, addressing how the signatures were obtained. Specifically, the declarations should address: (1) how employees were made aware of Defendant's

1

Case No.: 12-CV-00318-LHK
ORDER SETTING SCHEDULE FOR PLAINTIFF'S MOTION TO STRIKE

request that the employees sign declarations; (2) whether the declarations were signed at work and during working hours; (3) who asked the employees to sign the declarations; (4) who was present when employees were asked to sign the declarations; (5) what employees were told about the contents and purpose of the declarations; (6) what employees were told about the consequences of signing or failing to sign the declarations; and (7) whether the employees' attendance at any meetings related to the declarations was mandatory.  Defendant shall attach as exhibits to these declarations any notices posted or distributed to employees concerning the declarations, and, if they are not in English, English translations thereof.  These declarations must be filed by Friday, October 26, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
LUCY H. KOH
United States District Judge