1  SUSAN E. BISHOP, CA STATE BAR NO. 187253
   BERLINER COHEN
2  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
3  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
4  FACSIMILE: (408) 998-5388
   susan.bishop@berliner.com
5
   ATTORNEYS FOR DEFENDANT
6  UNITED SITE SERVICES OF CALIFORNIA, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| 11  NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br>12<br>Plaintiffs,<br>13<br>v.<br>14<br>UNITED SITE SERVICES OF<br>15  CALIFORNIA, INC.,<br>16<br>Defendant. | CASE NO. CV 12-00318 LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR CONDITIONAL CERTIFICATION |

17

18                  **STIPULATION AND [PROPOSED] ORDER**

19     Plaintiff Nelson Gonzalez Villa ("Plaintiff") and defendant United Site Services of

20  California, Inc. ("Defendant") through their undersigned attorneys, stipulate and respectfully

21  request that this Court approve an extension of time for Defendant to file an opposition to the

22  amended motion class certification motion to be heard on April 4, 2013. As grounds for this

23  extension of time, the parties hereto state as follows:

24     1.   The hearing on the motion has been scheduled for April 4, 2012. Currently the

25  response is due on December 18, 2012 and the reply brief is due December 26, 2012. Due to

26  holidays, Defendant has been delayed in getting documents and other information to prepare a

27  response.  Plaintiff graciously granted an extension of time for defendant to submit its

28  opposition, subject to the Court approval.

CASE NO. CV 12-00318 LHK                  -1-

2. There have been no other time modifications related to this amended motion.

3. The parties believe this extension will have no impact on the schedule for this case given that the hearing date will remain the same.

NOW, THEREFORE, based upon the foregoing, the parties, through their undersigned attorneys, stipulate to extend the time to file and serve an opposition to the amended motion for class certification to January 4, 2013 and the reply to January 14, 2013.

IT IS SO STIPULATED between the parties.

Dated: December 11, 2012                                    BERLINER COHEN

                                                            By:   /s/ Susan E. Bishop
                                                                  Susan E. Bishop
                                                                  Attorneys for Defendant UNITED SITE
                                                                  SERVICES OF CALIFORNIA, INC.

Dated: December 11, 2012                                    LAW OFFICES OF MITCH ALLEN

                                                            By:   /s/ Mitch Allen
                                                                  Mitch Allen
                                                                  Attorneys for Plaintiff
                                                                  NELSON GONZALEZ VILLA

### ECF ATTESTATION

I, Susan E. Bishop, am the ECF User whose ID and password are being used to file the following: STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO AMEDNED MOTION CLASS CERTIFICATION. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mitch Allen has concurred in this filing.

Dated: December 11, 2012                                    BERLINER COHEN

                                                            By:   /s/ Susan E. Bishop
                                                                  Susan E. Bishop
                                                                  Attorneys for Defendant UNITED SITE
                                                                  SERVICES OF CALIFORNIA, INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 12, 2012                                    *Lucy H. Koh*
                                                            United States District Court

CASE NO. CV 12-00318 LHK                     -2-

\SBISHOP\1127673.1
121112-20864004

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR CONDITIONAL