Robert J. Camp
rcamp@cochranfirm.com
Admitted *Pro Hac Vice*
**THE COCHRAN FIRM – BIRMINGHAM, LLC**
1929 3rd Avenue North, Suite 800
Birmingham, AL 35203
(205) 244-1115 – Phone
(205) 244-1171 - Facsimile

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **NELSON GONZALEZ VILLA,** **Individually, and on behalf of Putative Class Members,** | ) ) ) ) |
| **Plaintiff,** | ) **Case No.: No. 5:12-cv-00318-LHK** ) |
| vs. | ) **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE REPLY IN** |
| **UNITED SITE SERVICES OF CALIFORNIA, INC.,** | ) **SUPPORT OF PLAINTIFF'S AMENDED** ) **MOTION FOR CLASS CERTIFICATION** ) **UNDER RULE 23** ) |
| **Defendant.** | ) |

      Plaintiff, Nelson Gonzalez Villa, individually, and on behalf of putative class members ("Plaintiff"), and Defendant, United Site Services of California, Inc. ("Defendant"), through their undersigned attorneys, stipulate and respectfully request that this Court approve an extension of time for Plaintiff to file his Reply in Support of Amended Motion for Class Certification Under Rule 23 (hereafter "Motion"). As grounds for this extension, the parties state as follows:

      1.    Plaintiff filed his Motion on December 4, 2012 and Defendant responded on January 4, 2013. Currently Plaintiff's Reply is due January 14, 2013.

      2.    The hearing on Plaintiff's Motion is scheduled for April 4, 2013.

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND TIME TO FILE REPLY IN SUPPORT
OF PLAINTIFF'S AMENDED MOTION FOR
CLASS CERTIFICATION UNDER RULE 23      1

3. Due to deadlines in other matters, as well as the fact that Plaintiff's co-counsel, Mitch Allen, is in the process of changing firms, counsel for Plaintiff has been unable to formulate an adequate Reply.

4. The undersigned has conferred with counsel for Defendant and she is not opposed to the requested extension, subject to approval by the Court.

5. Counsel for Plaintiff and Defendant have agreed to extend the current deadline for Plaintiff to file his Reply in Support of Amended Motion for Class Certification Under Rule 23 to **January 21, 2013.**

6. The parties believe the requested extension will have no impact on the schedule for this case, given that the hearing date will remain the same.

**WHEREFORE, PREMISES CONSIDERED,** the parties stipulate to extend the time for Plaintiff to file his Reply in Support of his Amended Motion for Class Certification Under Rule 23 to January 21, 2013.

Dated:   January 11, 2013                                   Respectfully submitted,

*Attorneys for Plaintiffs:*                                 **THE COCHRAN FIRM, LLC**

                                                            /s/ Robert J. Camp
                                                            **ROBERT J. CAMP**
                                                            rcamp@cochranfirm.com
                                                            Admitted *Pro Hac Vice*
                                                            1929 3rd Avenue North, Suite 800
                                                            Birmingham, AL 35203
                                                            (205) 244-1115 – Phone
                                                            (205) 244-1171 – Facsimile

                                                            **MITCHELL G. ALLEN**
                                                            mallen@cwcd.com
                                                            **CORY, WATSON, CROWDER AND DEGARIS**
                                                            2131 Magnolia Avenue
                                                            Birmingham, AL  35205
                                                            205-328-2800 – Phone

|  |  |
|---|---|
|  | **FERNANDO CHAVEZ** |
|  | fchavez@chavez-deleon.com |
|  | California Bar No. 86902 |
|  | **LAW OFFICES OF FERNANDO CHAVEZ** |
|  | 1530 The Alameda, Suite 301 |
|  | San Jose, CA 95126 |
|  | (408) 971-3113 – Phone |
|  | (408) 971-0107 – Facsimile |
| *Attorneys for Defendant:* | **BERLINER COHEN** |
|  | /s/ Susan E. Bishop |
|  | **SUSAN E. BISHOP** |
|  | Susan.Bishop@berliner.com |
|  | 10 Almaden Blvd., Eleventh Floor |
|  | San Jose, CA 95113 |
|  | (408) 286-5800 – Phone |
|  | (408) 998-5388 – Facsimile |

### ECF ATTESTATION

I, Robert J. Camp, am the ECF user whose ID and password are being used to file the foregoing on January 11, 2013. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Susan E. Bishop has concurred in this filing.

/s/ Robert J. Camp
**ROBERT J. CAMP**

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 14, 2013

*(signature: Lucy H. Koh)*
**UNITED STATES DISTRICT COURT**
Lucy H. Koh