UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

On March 21, 2013, Plaintiff filed an Opposed Motion to Invalidate Opt-Out Settlement Agreements and for Corrective Notice.  Defendant United Site Services of California, Inc. is hereby ORDERED to file a response by March 26, 2013.  Plaintiff is ORDERED to file a reply by noon on March 28, 2013.

**IT IS SO ORDERED.**

Dated: March 22, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00318-LHK
ORDER SETTING BRIEFING SCHEDULE