**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>    Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE |

  Plaintiffs' Amended Motion for Class Certification and Plaintiffs' Opposed Motion to Invalidate Opt-Out Settlement Agreements and for Corrective Notice are currently scheduled to be heard on April 4, 2013. A Case Management Conference is also scheduled for that day.

  The above hearing and Case Management Conference are hereby rescheduled for June 27, 2013.

**IT IS SO ORDERED.**

Dated: April 3, 2013

                    _____
                    LUCY H. KOH
                    United States District Judge