UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE |

The Court appreciates the parties' efforts to resolve this case, and would like to accommodate the parties' request for 60 days to finalize settlement documents for the parties' tentative settlement. Unfortunately, the Court's calendar does not allow the Motion to Certify Class and Motion to Invalidate Opt-Out Settlement Agreements to be continued until late August. Therefore, the Court continues the Motion to Certify Class, Motion to Invalidate Opt-Out Settlement Agreements, and Case Management Conference from June 27, 2013, to July 18, 2013, at 1:30 p.m. The Court hereby stays the case schedule until July 18, 2013. If the parties cannot file a stipulation of dismissal with prejudice by July 11, 2013, the parties shall file a stipulation of dismissal without prejudice by July 11, 2013, with the condition that the Court shall retain jurisdiction over the case to enforce any settlement agreement. The parties then may later file a stipulation of dismissal with prejudice after all of the requirements of the settlement agreement have been met.

**IT IS SO ORDERED.**

Dated: June 26, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge