UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED SITE SERVICES OF CALIFORNIA, INC., <br><br> Defendant. | Case No.: 12-CV-00318-LHK <br><br> ORDER TO WITHDRAW PENDING MOTIONS |

On June 26, 2013, the parties filed a notice of tentative settlement, and a request that the June 27, 2013 Case Management Conference and hearing on the Motion to Certify Class and the Motion to Invalidate Opt-Out Settlement Agreements be taken off calendar or postponed for 60 days. ECF No. 157. Also on June 26, 2013, the Court issued an Order staying the case schedule until July 18, 2013, and requesting that the parties file a stipulation of dismissal without prejudice by July 11, 2013. ECF No. 158.

On July 11, 2013, the parties filed a request to file a Joint Motion for Preliminary Approval of the Class Settlement by August 1, 2013. ECF No. 159. If the parties wish to further stay the case schedule, by July 16, 2013, Plaintiffs shall withdraw their pending Motion to Certify Class and Motion to Invalidate Opt-Out Settlement, currently set for July 18, 2013.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-00318-LHK
ORDER TO WITHDRAW PENDING MOTIONS

1  Dated: July 15, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge