UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>            Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT BY MONDAY SEPTEMBER 30, 2013 |

      On July 11, 2013, the parties filed a request to file a Joint Motion for Preliminary Approval of the Class Settlement by August 1, 2013. ECF No. 159. On July 15, the court granted that request. ECF No. 60.  As of September 16, 2013, the parties have failed to file the Joint Motion.   On September 10, 2013, the Court ordered the parties to file a Joint Motion for Preliminary Approval of the Class Settlement or a settlement status report by September 13, 2013. ECF No. 162.  The parties responded by asking for two weeks to file the Joint Motion for Preliminary Approval of the Class Settlement. ECF No. 163.  The Court hereby orders that the parties file the Joint Motion by September 30, 2013.

**IT IS SO ORDERED.**

Dated: September 16, 2013

                                                  _____
                                                  LUCY H. KOH

1

United States District Judge

2

Case No.: 12-CV-00318-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT BY SEPTEMBER 30, 2013