UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for January 15, 2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, January 13, 2014 at 9 a.m.

**IT IS SO ORDERED.**

Dated: January 10, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00318-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT