UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>Defendant. | Case No.: 12-CV-00318-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court continues the Case Management Conference scheduled for January 15, 2014, at 2 p.m. to April 16, 2014 at 2 p.m.  The parties shall file an updated Case Management Statement by April 9, 2014.

**IT IS SO ORDERED.**

Dated:  January 14, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00318-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE