UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GONZALEZ VILLA, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC.,<br><br>  Defendant. | Case No.: 5:12-CV-00318-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for September 17, 2014 as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, September 15, 2014, at 9 a.m.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: Sept. 11, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:12-CV-00318-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT